UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WILLIAMS HUGGINS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:22-cv-00135-MPB-MJD |
| | ) |
| ABK TRACKING, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order issued simultaneously to this ruling, this matter is hereby **DISMISSED** for want of subject matter jurisdiction.

**SO ORDERED** this 9th day of June 2023.

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Tricia M. Blanford___
Deputy Clerk, U.S. District Court

Electronically distributed to all CM ECF counsel of record.