**Notice of Appeal to the United States Court of Appeals for the Seventh Circuit from a Judgment of the United States District Court for the Southern District of Indiana**

United States District Court for the Southern District of Indiana, Evansville Division
Docket Number 3:22-cv-00135-MPB-MJD

WILLIAM HUGGINS and HOBERT KEITH MILLER,
individually and on behalf of all others similarly situated,

    Plaintiffs

        v.

ABK TRACKING, INC.; ABK ALARMA, INC.; ABK REMOTE DRUG TESTING, INC.; DAVID KIELY, in his official capacity as VANDERBURGH COUNTY FIRST JUDICIAL CIRCUIT JUDGE; and VANDERBURGH COUNTY, INDIANA,

    Defendants.

## Notice of Appeal

William Huggins and Hobert Keith Miller, individually and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on June 9, 2023.

Plaintiffs filed a timely Motion for Reconsideration of the June 9, 2023 and a Memorandum in support of their Motion for Reconsideration, pursuant to Federal Rule of Civil Procedure 59(e), on July 6, 2023. That Motion was denied in an Order promulgated on October 27, 2023.

                                            */s/ Phil Telfeyan*
                                            Phil Telfeyan
                                            Attorney of Record for Plaintiffs
                                            Equal Justice Under Law
                                            400 7th Street NW, Suite 602
                                            Washington, DC 20004
                                            (202) 505-2058
                                            ptelfeyan@equaljusticeunderlaw.org